UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
KRYSTAL SHIPPING CO., LTD.                      :
                                                :
                              Plaintiff,        :   07 CV. __11596__ (DC)
                                                :
         - against -                            :
                                                :   **RULE 7.1 STATEMENT**
                                                :
LION CHARTERING LTD.,                           :
                                                :
                              Defendant.        :
                                                :
------------------------------------------------------------x

Plaintiff KRYSTAL SHIPPING CO., LTD. by and through its undersigned attorneys Hill, Betts & Nash LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that none of the corporate parents or subsidiaries are publicly traded companies.

Dated:   New York, New York
         December 27 2007

                                        HILL, BETTS & NASH LLP

                                        By/s/ Mary T. Reilly
                                        _____
                                        Mary T. Reilly (MR-6305)
                                        Attorneys for Plaintiff
                                        KRYSTAL SHIPPING CO., LTD.
                                        One World Financial Center
                                        200 Liberty Street
                                        26th Floor
                                        New York, New York 10281
                                        (212) 839-7000

{NY067573.1 }