UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

JUDGE CHIN

-----------------------------------------------------------X

KRYSTAL SHIPPING CO., LTD.

                                Plaintiff,

07 CV 11596

- against -

LION CHARTERING LTD.,

                                Defendant.

**ORDER DIRECTING
CLERK TO ISSUE
PROCCESS OF
MARITIME ATTACH-
MENT AND
GARNISHMENT**

-----------------------------------------------------------X

     Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 27th day of December, 2007, and the Affirmation of Mary T. Reilly, sworn to on the 27th day of December, 2007, that to the best of her information and belief, neither Defendant Lion Chartering Ltd. nor Fairdeal Group Management S.A. can be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist;

     It is on this 27th day of December 2007;

     **ORDERED** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendants as described therein in the possession, custody or control of, or being transferred in its name or in its name in care of Fairdeal Group Management through,

JP Morgan Chase Bank, American Express Bank, Bank of America, Citibank N.A., Deutsche Bank Trust Co., HSBC USA Bank N.A., Standard Chartered Bank, The Bank of New York, Wachovia Bank

{NY067565.1 }

and/or any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $120,824.48 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

**ORDERED** that any person claiming an interest in the property attached, garnished and arrested pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure each garnishee may consent, in writing, to accept service by any other means.


Dated: New York, New York
       December 27, 2007

                                    S O  O R D E R E D:

                                    _____
                                    U.S.D.J.