USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KRYSTAL SHIPPING CO., LTD.

                       Plaintiff,

- against -

LION CHARTERING LTD.,

                       Defendant.

------------------------------------------------------------x

07 CV 11596

07 CV _____

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULE 4(c)**

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affidavit of Mary T. Reilly, sworn to on December 27, 2007, and good cause having been shown, it is on this 27th day of December 2007

**ORDERED** that Kenneth F. McGinis, or other such similarly qualified person designated by Hill, Betts & Nash LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of Defendant LION CHARTERING LTD. in its own name or in the name of LION CHARTERING c/o FAIRDEAL GROUP MANAGEMENT; and it is further

**ORDERED** that Kenneth F. McGinis, or other such similarly qualified person designated by Hill, Betts & Nash LLP, over the age of eighteen (18) and not a party or

{NY067686.1 }

attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant LION CHARTERING LTD. in its own name or in the name of LION CHARTERING c/o FAIRDEAL GROUP MANAGEMENT.

Dated: New York, New York
       December 27, 2007

_____
U.S.D.J.