**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
KRYSTAL SHIPPING CO. LTD.                            :
                                                     :
                          Plaintiff,                 :    No. 07 CV 11596 (DC)
                                                     :
      - against -                                    :    **NOTICE OF**
                                                     :    **VOLUNTARY**
                                                     :    **DISMISSAL AND ORDER**
LION CHARTERING LTD.,                                :    **VACATING PROCESS OF**
                                                     :    **MARITIME**
                          Defendant.                 :    **ATTACHMENT**
                                                     :
------------------------------------------------------x

Please take notice, there having been no appearance from the defendant, that the above-captioned matter be and hereby is voluntarily dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). Further, the Order Directing Clerk to Issue Process of Maritime Attachment, and the Process of Maritime Attachment and Garnishment both signed on December 27, 2007 are vacated, and any and all funds held under attachment pursuant to the Order shall be released.

Dated: New York, New York
       January 23, 2008

                                         HILL, BETTS & NASH LLP

                                         By: _____
                                             Mary T. Reilly (MR-6305)
                                             Attorneys for Plaintiff
                                             *Krystal Shipping Co., Ltd.*
                                             One World Financial Center
                                             200 Liberty Street, 26th Floor
                                             New York, NY 10281
                                             (212) 839-7000

SO ORDERED:

_____
U.S.D.J.

1/29/08

{NY068504.1}

**RECEIVED** 1/29/08 JUDGE CHIN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08